UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. BEAUCHAMP,<br><br>Petitioner<br><br>v.<br><br>PATRICIA BRADLEY, WARDEN,<br><br>Respondent. | Case No. 2:20-cv-11295-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying And Dismissing Petition Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: February 19, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE